IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                       )
REASSIGNMENT OF CASES         )          Administrative Order No. 154

# ADMINISTRATIVE ORDER

In light of the retirement of United States District Judge G. Patrick Murphy on December 1, 2013, the civil cases brought against Abbott Laboratories involving the pharmaceutical Depakote (Case No. 12-52 and the cases consolidated into it, as well as Case Nos. 13-414, 13-443, 13-597, 13-686, 13-890, 13-910, 13-1005, 13-1031, 13-1032, 13-1034, 13-1038, 13-1040, 13-1041, 13-1043, 13-1050, 13-1061, 13-1089, 13-1115, and 13-1157) shall be reassigned to the undersigned Chief District Judge. All other civil cases shall be randomly reassigned to the active District Judges. Similarly, Judge Murphy's five remaining criminal cases, all involving fugitive defendants, shall be randomly reassigned out of the appropriate criminal case assignment deck. Future filings in any closed civil or criminal case likewise will be randomly reassigned out of the appropriate case assignment deck.

This Order is dated this 2nd day of December, 2013.

_____
HONORABLE DAVID R. HERNDON
Chief United States District Judge

Digitally signed by David R. Herndon
Date: 2013.12.02 10:49:04 -06'00'